AO 442 (Rev. 11/11) Arrest Warrant

**FILED**

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

**2021 MAY 19 PM 12: 22**

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

| United States of America | ) | |
| v. | ) | Case No.   21CR10118 IT - MPK |
| Marco Antonio Jauregui | ) | |
| | ) | |
| | ) | |
| _____ | ) | **21MJ02476** |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Marco Antonio Jauregui                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 – conspiracy distribute five kilograms or more of cocaine and 400 grams or more of fentanyl.

18 U.S.C. § 1956(h) – conspiracy to launder money.

Date:      04/15/2021

HON. MARIANNE B. BOWLER
United States Magistrate Judge

City and state:      Brookline, MA

| **Return** | |
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ <br> *Arresting officer's signature* |
| | _____ <br> *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    Marco Antonio Jauregui

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:    California

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:    1976

Social Security number:

Height:                              Weight:

Sex:                                 Race:

Hair:                                Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: